FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 23, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AARON GRUETER; MARK POREMAN; ALLAN LIGI; KENNETH CASCARELLA; ANDREW POKLADOWSKI; INWOOD CAPITAL PARTNERS LLC; SANDRA MCALLISTER; THOMAS DOBRON; LESLIE SCHULTZ; MICHAEL PESICK; and THOMAS BENNETT,<br><br>                Plaintiffs,<br><br>   v.<br><br>WITHERSPOON BRAJCICH MCPHEE PLLC; and PETER EDWIN MOYE,<br><br>                Defendants. | NO. 2:23-CV-0227-TOR<br><br>ORDER OF DISMISSAL |

BEFORE THE COURT is the parties' Stipulated Motion to Dismiss with Prejudice. ECF No. 101. The parties report to the Court that this matter has settled in its entirety, agree to the dismissal of this matter with prejudice, and have

ORDER OF DISMISSAL ~ 1

requested for each party to bear their own costs and attorneys' fees. The Court has reviewed the record and files herein and is fully informed.

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' Stipulated Motion (ECF No. 101), this action is **DISMISSED** with prejudice, and each party shall bear their own costs and attorneys' fees.

2. All other pending motions, deadlines, and hearings are **VACATED**.

The District Court Executive is directed to enter this Order and Judgment of Dismissal, furnish copies to counsel, and **CLOSE** the file.

DATED July 23, 2025.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL ~ 2